**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE:  HONORABLE JENNIFER CHOE-GROVES, JUDGE**

| | |
|---|---|
| HYUNDAI STEEL COMPANY,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>       Defendant,<br><br>and<br><br>NUCOR CORPORATION, SSAB ENTERPRISES, LLC, and STEEL DYNAMICS, INC.,<br><br>       Defendant-Intervenors | Court No. 21-00536 |

## NOTICE OF APPEAL

Notice is hereby given that Hyundai Steel Company, plaintiff in the above-captioned case, appeals to the United States Court of Appeal for the Federal Circuit the decision and judgment of the United States Court of International Trade entered in this action on August 21, 2023.  *Hyundai Steel Co. v. United States*, Ct. No. 21-00536, Slip Op. 23-121 (Ct. Int'l Trade Aug. 21, 2023), ECF No. 65; Judgment, *Hyundai Steel Co. v. United States*, Ct. No. 21-00536 (Ct. Int'l Trade Aug. 21, 2023), ECF No. 66.

Respectfully submitted,

**MORRIS, MANNING & MARTIN LLP**
1401 Eye Street, N.W., Suite 600
Washington, D.C. 20005

/s/ Brady W. Mills
Brady W. Mills
Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Mary S. Hodgins
Eugene Degnan
Jordan L. Fleischer
Nicholas C. Duffey

*Attorneys for Plaintiff*

Dated: October 20, 2023