# United States Court of Appeals for the Federal Circuit

---

**HYUNDAI STEEL COMPANY,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

**NUCOR CORPORATION, SSAB ENTERPRISES LLC, STEEL DYNAMICS, INC.,**
*Defendants*

---

2024-1100

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00536-JCG, Judge Jennifer Choe-Groves.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered May 12, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

July 3, 2025
Date

Jarrett B. Perlow
Clerk of Court