Form18-1

**Form 18**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| HYUNDAI STEEL COMPANY,<br><br>                          Plaintiff,<br><br>     v.<br><br>UNITED STATES<br><br>                          Defendant. | Court No.  21-00536 |

**NOTIFICATION OF TERMINATION OF ACCESS
TO BUSINESS PROPRIETARY INFORMATION
PURSUANT TO RULE 73.2(c)**

Roger B. Schagrin _____ declares that (check one)

1)      TERMINATION BY AN INDIVIDUAL

☐      I am an attorney/consultant representing or retained on behalf of_____
_____ in this action [and on behalf of the parties indicated in the actions listed on the attached schedule].  I hereby give notice that I am no longer involved in the litigation in this action [and those actions listed on the attached schedule] and, therefore, I have terminated my access to Business Proprietary Information in such action[s].  I certify that I have not retained any documents, including copies of documents, work papers, notes or records in electronic media, containing Business Proprietary Information, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

_____                    _____
     [Name of proceeding]                              [Case or investigation no.]

OR

Form18-2

2)      TERMINATION BY A FIRM

☑      I am an attorney representing ___SSAB Enterprises, LLC and Steel Dynamics, Inc.___ in this action
[and the parties indicated in the actions listed on the attached schedule].  I hereby
give notice that, because of the termination of all litigation in this action [and those
actions listed on the attached schedule] or otherwise, I have terminated the access
to Business Proprietary Information by myself, the other attorneys and staff of my
firm, and any consultants whose access to Business Proprietary Information under
Rule 73.2(c) and Administrative Order No. 02-01 is subject to the direction and
control of myself or a member of my firm. I certify that all documents, including
copies of documents, work papers, notes, and records in electronic media,
containing Business Proprietary Information subject to Rule 73.2(c) and
Administrative Order No. 02-01 in this action [and those actions listed on the
attached schedule] have been destroyed, except as may be authorized by the court
or agency for use in the following action(s) or administrative proceeding(s):


_____                    _____
   [Name of proceeding]                                      [Case or investigation no.]

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the
United States Court of International Trade, and that I may not divulge the Business
Proprietary Information that I learned during this action [and those actions listed on the
attached schedule] or in the administrative proceeding[s] that gave rise to the action[s] to
any person.


/s/ Roger B. Schagrin
_____
  [Attorney or consultant]
Schagrin Associates
_____
900 7th St., NW, Ste. 500, Washington, DC 20001
_____
202-223-1700
_____
  [Address and Telephone Number]

Date: __October 7, 2025__

Form18-3

## Schedule to Notification of Termination of Access
## to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
|  |  |  |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)